# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ALEXANDER APARTMENTS, LLC                                            PLAINTIFF

v.                           No. 4:16CV00022 JLH

CITY OF LITTLE ROCK                                                  DEFENDANT

ARKANSAS COMMUNITY ORGANIZATIONS;
MELODY BRANCH; CAROLYN FORD;
INGRAM MURPHY; and LINDA WHEELER                                     INTERVENORS

## ORDER

On January 20, 2016, this Court entered an Order declining to exercise supplemental jurisdiction over the state-law claims in this action, severing and remanding those claims to the state court, and staying the pending federal claims until the state-law claims are finally resolved. The Court has received a report from counsel stating that the state court has awarded damages to the plaintiff and to the intervenors but has not yet entered a formal judgment. Counsel anticipates that if a settlement cannot be reached, an appeal will be taken.

In view of this report, the Court directs the Clerk to terminate this action administratively. Any party may move to re-open this action within thirty days after the state court proceedings become final.

IT IS SO ORDERED this 14th day of August, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE